UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No. 9:13-cv-81197-KAM

ADT LLC,

    Plaintiff,

        v.

VISION SECURITY LLC,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME

Defendant Vision Security LLC ("Vision Security"), through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), hereby requests an extension of time to respond to Plaintiff ADT LLC's ("ADT") Motion for Preliminary Injunction (D.E. 6, filed Nov. 18, 2013).

ADT simultaneously served Vision Security with the Complaint and Motion for Preliminary Injunction in this matter. Vision Security is preparing responses to both documents, and has not yet appeared in this matter. Vision Security hereby requests a one-week extension of time to respond to the Motion for Preliminary Injunction, until Monday, December 9, 2013. This allows Vision Security to file its responses to both the Complaint and the Motion on the same date. Counsel requests this time due to the complex nature of this matter and the Thanksgiving holiday, which shortened counsel's time to read and respond to both the Complaint and the Motion for Preliminary Injunction.

{4594216:}

**WHEREFORE**, Defendant Vision Security LLC respectfully requests that this Court enter an order extending the time to respond to the Motion for Preliminary Injunction (D.E. 6) until December 9, 2013, and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 2nd day of December 2013.

### CERTIFICATE OF GOOD FAITH CONFERENCE
### PURSUANT TO LOCAL RULE 7.1(a)(3)

I hereby certify that counsel for the movant has made reasonable efforts to confer with Plaintiff's counsel about the issues raised in the Motion. Specifically, counsel exchanged multiple e-mails with Plaintiff's counsel on December 2, 2013, and discussed whether Plaintiff's counsel had any objection to relief requested in this Motion. Plaintiff's counsel has not yet responded to the request.

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

>MCDONALD HOPKINS, LLC
>Attorneys for *Defendant, Vision Security, LLC*
>505 South Flagler Drive, Suite 300
>West Palm Beach, FL 33401
>Phone: (561) 472-2121
>Facsimile: (561) 472-2122
>Email: pbernhardt@mcdonaldhopkins.com
>
>By: /s/Peter M. Bernhardt, Esq.
>    Peter M. Bernhardt, Esq.
>    Florida Bar No.: 969771