UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No. 9:13-cv-81197-KAM

ADT LLC,

    Plaintiff,

        v.

VISION SECURITY LLC,

    Defendant.
_____/

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Defendant Vision Security LLC ("Vision Security"), through its undersigned counsel, pursuant to Southern District of Florida Local Rule 3.8, hereby files this Notice of Related Action.

ADT previously sued Vision Security before this Court in a similar matter, *ADT LLC v. SECURITY NETWORKS, LLC and VISION SECURITY, LLC*, Case No. 9:12-cv-81120-Hurley/Hopkins.

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

    MCDONALD HOPKINS, LLC
    Attorneys for *Defendant, Vision Security, LLC*
    505 South Flagler Drive, Suite 300
    West Palm Beach, FL 33401
    Phone:  (561) 472-2121
    Facsimile: (561) 472-2122
    Email: pbernhardt@mcdonaldhopkins.com

    By: /s/Peter M. Bernhardt, Esq.
        Peter M. Bernhardt, Esq.
        Florida Bar No.: 969771

{4594227:}