UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81197-CV-HURLEY/HOPKINS

ADT LLC,

    Plaintiff,

v.

VISION SECURITY, LLC,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S RECOMMENDATION, OVERRULING PLAINTIFF'S OBJECTIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court upon the Report and Recommendation of Magistrate Judge James M. Hopkins [ECF No. 51], recommending that the Court deny Plaintiff ADT LLC's ("ADT") Motion for Preliminary Injunction [ECF No. 6] against Defendant Vision Security, LLC ("Vision").  Plaintiff has filed its objections [ECF No. 55], and Defendant has filed its response [ECF No. 65].  The Court reviews *de novo* the Report and Recommendation's legal conclusions, as well as those portions to which objections have been made.  Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C); *LeCroy v. McNeil*, 397 Fed. App'x 664 (11th Cir. 2010).  The Court must also satisfy itself that there is "no clear error on the face of the record."  Fed. R. Civ. P. 72 advisory committee's notes (1983); *Macort v. Prem, Inc*, 208 Fed. App'x 781, 784 (11th Cir. 2006).  Judge Hopkins has concluded that because Plaintiff's claims against Vision may be barred by *res judicata,* ADT does not have a "substantial likelihood of success on the merits," a requirement for the issuance of a preliminary injunction.  Having reviewed the Report

and Recommendation and Plaintiff's objections, the Court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well-reasoned. Accordingly, it is hereby:

**ORDERED** and **ADJUDGED** that:

1. Plaintiff's Objections to the Report & Recommendation [ECF No. 55] are **OVERRULED**.

2. The Report and Recommendation of Magistrate Judge James M. Hopkins [ECF No. 51] is **ADOPTED** in its entirety and incorporated herein by reference.

3. Plaintiff ADT LLC's Motion for Preliminary Injunction [ECF No. 6] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 25th day of July, 2014.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*