UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81197-CV-HURLEY/HOPKINS

ADT LLC,

    Plaintiff,

v.

VISION SECURITY, LLC,

    Defendant.
_____/

**ORDER GRANTING AGREED MOTION FOR ENTRY OF MODIFIED INJUNCTION**

**THIS CAUSE** comes before the Court upon the parties' Agreed Motion for Entry of Modified Injunction [ECF No. 75]. The parties have agreed to settle this action, and move the Court to modify the Agreed Permanent Injunction entered in the parties' related prior lawsuit, *ADT LLC v. Security Networks, LLC*, No. 9:12-cv-81120-DTKH (S.D. Fla.). The proposed modified injunction adds language satisfying Plaintiff's demand that Defendant cease training its agents to make prohibited false statements about Plaintiff's products or services. *See* (Revised) Agreed Permanent Injunction, at 2, ¶ 1 ("Vision shall not train anyone . . . to violate the terms of this Permanent Injunction.") [ECF No. 75-2]. Pursuant to Federal Rule of Civil Procedure 60(b), it is hereby

    **ORDERED** and **ADJUDGED** that:

    1. The parties' Agreed Motion for Entry of Modified Injunction [ECF No. 75] is **GRANTED**.

2.  The Court shall enter the Modified Injunction in *ADT LLC v. Security Networks, LLC*, No. 9:12-cv-81120-DTKH (S.D. Fla.) by separate order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 9th day of December, 2014.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*