UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81197-CV-HURLEY/HOPKINS

ADT LLC,

    **Plaintiff,**

v.

VISION SECURITY, LLC

    **Defendant.**
_____/

## ORDER DIRECTING FILING OF STATUS REPORT

**THIS CAUSE** is before the Court on its own motion. On December 9, 2014, pursuant to their settlement agreement, the parties filed—and the Court granted—an Agreed Motion for Entry of Modified Injunction. In their Motion, the parties represented that "Upon satisfaction of the conditions set forth in the settlement agreement, the parties will move the Court to dismiss this action." The Court wishes to know whether such conditions have been satisfied, or, if not, whether this case may be administratively closed. Accordingly, it is hereby

    **ORDERED** and **ADJUDGED** that:

    The parties **SHALL FILE** a joint status report no later than **TEN (10) DAYS** from the date this Order is entered, informing the Court as to the status of the parties' settlement agreement, and/or whether this case may be administratively closed. In lieu of filing a joint status report, the parties may file a joint stipulation of dismissal.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 13th day of February, 2015.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*

Case 9:13-cv-81197-DTKH Document 77 Entered on FLSD Docket 02/13/2015 Page 2 of 2
Order Directing Filing of Status Report
*ADT LLC v. Vision Security, LLC*, No. 13-81197-CV-Hurley/Hopkins

2

For updated court information, visit unofficial webpage at http://www.judgehurley.com