UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Case No. 9:13-cv-81197-Hurley/Hopkins

ADT LLC,

    Plaintiff,

        v.

VISION SECURITY, LLC,

    Defendant.
_____/

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

The parties having settled their dispute, plaintiff ADT LLC, by undersigned counsel, and with the consent of the defendant Vision Security, LLC, now moves the Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for an order dismissing the action *with prejudice*, each party to bear its own costs.

Dated:  August 6, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ C. Sanders McNew
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　C. Sanders McNew
　　　　　　　　　　　　　　　　　　　mcnew@mcnew.net
　　　　　　　　　　　　　　　　　　　Florida Bar No. 0090561
　　　　　　　　　　　　　　　　　　　McNEW P.A.
　　　　　　　　　　　　　　　　　　　2385 NW Executive Center Drive
　　　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　　　　Tel: (561) 299-0257
　　　　　　　　　　　　　　　　　　　Fax: (561) 299-3705

　　　　　　　　　　　　　　　　　　　*Counsel for the Plaintiff, ADT LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Motion was served by CM/ECF on this 23d day of February, 2015, to all counsel of record entitled to receive electronic service of documents.

                                                                   s/ C. Sanders McNew
                                                             _____
                                                                  C. Sanders McNew