UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81197-CV-HURLEY/HOPKINS

**ADT LLC,**

    **Plaintiff,**

v.

**VISION SECURITY, LLC**

    **Defendant.**
_____/

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE,
AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion to Dismiss With Prejudice [ECF No. 78]. Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby

**ORDERED** and **ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs except as otherwise agreed.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk is directed to mark this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of February, 2015.

                                                    Daniel T. K. Hurley
                                                    United States District Judge

*Copies provided to counsel of record*